OPINION — AG — ** SCHOOL BOARD — INVESTMENT — FUNDS ** THE BOARD OF EDUCATION OF A SCHOOL DISTRICT MAY " INVEST " IN UNITED STATES GOVERNMENT OBLIGATIONS AS PROVIDED BY STATUTE, FUNDS RECEIVED FROM THE SALE OF BUILDING BONDS DURING THE PERIOD OF TIME AFTER CONTRACTS ARE MADE OBLIGATION SUCH FUNDS AND UNTIL SUCH FUNDS ARE ACTUALLY NEEDED FOR PAYMENT ON ARCHITECTURAL AND BUILDING CONTRACT OBLIGATIONS. (BONDS, SINKING FUND) CITE: 62 O.S. 348.1 [62-348.1] 70 O.S. 15-15 [70-15-15] (J. H. JOHNSON)